

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Willie Guillermo Torres, Appellant

No. 06-16-00182-CR          v.

The State of Texas, Appellee

Appeal from the 391st District Court of Tom Green County, Texas (Tr. Ct. No. D-15-0230-SB).  Opinion delivered by Chief Justice Morriss, Justice Moseley and Justice Burgess participating.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of jurisdiction.  Therefore, we dismiss the appeal.

We note that the appellant, Willie Guillermo Torres, has adequately indicated his inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED NOVEMBER 8, 2016
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk